IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| AUSTIN WILKINSON | § | |
| on behalf of himself and all others | § | |
| similarly situated, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | CIVIL ACTION NO:  1:16-cv-011 |
| vs. | § | |
| | § | |
| HIGH PLAINS, INC. AND | § | |
| MISSOURI BASIN WELL SERVICE, INC. | § | |
| d/b/a MBI ENERGY SERVICES | § | |
| | § | |
| | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S MOTION FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(E), Plaintiff requests that the Court allow oral argument on

Plaintiff's Motion for Partial Summary Judgment and Memorandum in Support (Dkt. 59, 60).

Respectfully Submitted:

Joe Lovell, TX State Bar No. 12609100
Kylie Lovell, TX State Bar No. 24086217
LOVELL, LOVELL, ISERN & FARABOUGH PLLC
112 W. 8th Ave., Suite 1000
Eagle Center Building
Amarillo, TX 79101-2314
Tel. No. 806/373-1515
Fax No. 806/379-7176
Email: joe@lovell-law.net
Email: kylie@lovell-law.net

By: /s/ Jeremi K. Young
YOUNG & NEWSOM, PC
Jeremi K. Young, TX SBN 24013793
Tim Newsom, TX SBN 00784677
Collin Wynne, TX SBN 24068815
1001 S. Harrison, Suite 200
Amarillo, Texas  79101

**PLAINTIFF'S MOTION FOR ORAL ARGUMENT**                                                    1

(806) 331-1800
Fax: (806) 398-9095
jyoung@youngfirm.com
collin@youngfirm.com
tim@youngfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of April, 2017, the foregoing document was transmitted to counsel via the following manner:

**VIA FIRST CLASS MAIL and EMAIL:** rstock@vogellaw.com
Robert B. Stock
VOGEL LAW FIRM
218 NP Avenue
P. O. Box 1389
Fargo, ND 58107-1389

By: /s/ *Jeremi K. Young*
Jeremi K. Young

**PLAINTIFF'S MOTION FOR ORAL ARGUMENT**                2